UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-5808-MWF(JPRx)**                                Dated: **September 28, 2015**

Title:      Howard McNeil -*v*- Kimball, Tirey & St. John, LLP

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Offer of Judgment filed September 25, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **October 26, 2015 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                                Initials of Deputy Clerk    rs
CIVIL - GEN