Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

D. Patrick O'Laughlin (SBN 193262)
Kimball, Tirey & St. John LLP
7676 Hazard Center Drive, Suite 900C
San Diego, CA 92108
Telephone: (619) 234-1770
Facsimile: (619) 234-1755
Patrick.OLaughlin@kts-law.com

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MCNEIL, | Case No.: 2:15-cv-05808-MWF-JPR |
| Plaintiff, | |
| v. | STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1) |
| KIMBALL, TIREY & ST. JOHN, LLP, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Howard McNeil and Defendant Kimball, Tirey &St. John, LLP ("Defendant") through their respective counsel of record, that the above-entitled action shall be dismissed in its

entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*. Each party shall bear its own costs and expenses.

Date: October 20, 2015    /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: October 20, 2015    /s/ D. Patrick O'Laughlin
D. Patrick O'Laughlin (SBN 193262)
Kimball, Tirey & St. John LLP
7676 Hazard Center Drive, Suite 900C
San Diego, CA 92108
Telephone: (619) 234-1770
Facsimile: (619) 234-1755
Email: Patrick.OLaughlin@kts-law.com